**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

S Alejandro Dominguez

                          Plaintiff,

v.                                                  Case No.: 1:04–cv–02907
                                                    Honorable Milton I. Shadur

Paul Hendley, et al.

                          Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 21, 2007:

        MINUTE entry before Judge Milton I. Shadur :Motion for attorney fees [196] is granted. Plaintiff is awarded attorney fees in the sum of $517,532.00.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.